***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

Submitted June 23, reversed and remanded for correction of reasonable efforts
determination; otherwise affirmed July 20, 2022

In the Matter of A. N. O.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

J. M. O.,
*Appellant.*

Jackson County Circuit Court
19JU05915; A177684

Joe M. Charter, Judge.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Tiffany Keast, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and E. Nani Apo, Assistant Attorney General, filed the brief for respondent.

Before James, Presiding Judge, and Aoyagi, Judge, and Joyce, Judge.

JAMES, P. J.

Reversed and remanded for correction of reasonable efforts determination; otherwise affirmed.

**JAMES, P. J.**

Father appeals a permanency judgment continuing child's permanency plan as reunification. He raises a single claim on appeal: that the record contains insufficient evidence to support the juvenile court's determination that Department of Human Services (DHS) made reasonable efforts toward reunification of child with father. DHS concedes that under the particular circumstances of this case, the record contains insufficient evidence to support the juvenile court's determination. We accept the concession.

Reversed and remanded for correction of reasonable efforts determination; otherwise affirmed.